**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIEM LAM PHU, | Case No. 5:26-cv-00294 MCS (ADS) |
| Petitioner, | |
| v. | JUDGMENT |
| MARIN, et al., | |
| Respondents. | |

Pursuant to the Order Granting Petition and Entry of Judgment Under 28 U.S.C. § 2241, it is adjudged that the Petition is granted consistent with the reasons and findings set forth in the Court's Order granting preliminary relief (Dkt. No. 10).

Dated: May 1, 2026

_Mark C. Scarsi_

_____
THE HONORABLE MARK C. SCARSI
United States District Judge